

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE BROWN, | Case No. CV 15-03914-JAK (KES) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint is dismissed without prejudice for failure to prosecute.

DATED: 1/19/16

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE